EUGENE SCALIA, SBN 151540
  escalia@gibsondunn.com
PAUL BLANKENSTEIN, *pro hac vice*
  pblankenstein@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

DEBRA WONG YANG, SBN 123289
  dwongyang@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
  cchorba@gibsondunn.com
JENNAFER M. TRYCK, SBN 291088
  jtryck@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants UNIVERSITY OF SOUTHERN CALIFORNIA, USC RETIREMENT PLAN OVERSIGHT COMMITTEE, and LISA MAZZOCCO

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ALLEN L. MUNRO, DANIEL C. WHEELER, EDWARD E. VAYNMAN, JANE A. SINGLETON, SARAH GLEASON, REBECCA A. SNYDER, DION DICKMAN, COREY CLARK, and STEVEN L. OLSON, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNIVERSITY OF SOUTHERN CALIFORNIA, USC RETIREMENT PLAN OVERSIGHT COMMITTEE, and LISA MAZZOCCO, <br><br> *Defendants*. | CASE NO. 2:16-cv-06191-VAP-E <br><br> **DEFENDANTS' NOTICE OF APPEAL** <br><br> Hon. Virginia A. Phillips |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that, pursuant to 9 U.S.C. § 16, Defendants University of Southern California, USC Retirement Plan Oversight Committee, and Lisa Mazzocco hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Denying Defendants' Motion to Compel Arbitration (Dkt. 55), dated March 23, 2017.

Dated: April 21, 2017           GIBSON, DUNN & CRUTCHER LLP

                                By:    */s/ Christopher Chorba*
                                        Christopher Chorba

                                Attorneys for Defendants UNIVERSITY OF SOUTHERN CALIFORNIA, USC RETIREMENT PLAN OVERSIGHT COMMITTEE, and LISA MAZZOCCO

# REPRESENTATION STATEMENT
Ninth Circuit Rule 3-2(b)

**Attorneys for Defendants-Appellants University of Southern California, USC Retirement Plan Oversight Committee, and Lisa Mazzocco:**

Eugene Scalia, SBN 151540, escalia@gibsondunn.com
Paul Blankenstein, *pro hac vice*, pblankenstein@gibsondunn.com
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:   202.955.8500
Facsimile:    202.467.0539

Debra Wong Yang, SBN 123289, dwongyang@gibsondunn.com
Christopher Chorba, SBN 216692, cchorba@gibsondunn.com
Jennafer M. Tryck, SBN 291088, jtryck@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

**Attorneys for Plaintiffs-Appellees Allen L. Munro, Daniel C. Wheeler, Edward E. Vaynman, Jane A. Singleton, Sarah Gleason, Rebecca A. Snyder, Dion Dickman, Corey Clark, and Steven L. Olson:**

Jerome J. Schlichter, SBN 054513, jschlichter@uselaws.com
Michael A. Wolff, *pro hac vice*, mwolff@uselaws.com
Schlichter, Bogard & Denton
100 South Fourth Street, Suite 1200
St. Louis, MO  63102
Telephone: (314) 621-6115
Facsimile: (314) 621-5934
*Counsel for All Plaintiffs*

Steven M. Goldsobel, SBN 166405, steve@sgoldsobel.com
Law Offices of Steven Goldsobel, A Professional Corporation
1901 Avenue of the Stars, Suite 1750
Los Angeles, CA  90067
Telephone: (310) 552-4848
Facsimile: (310) 695-3860
*Counsel for All Plaintiffs*