UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | LACV 16-06191 VAP (Ex) | Date | 6/26/2017 |
|---|---|---|---|
| Title | *Allen L. Munro, et al v. University of Southern California, et al* | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Michael A. Wolff | Christopher Chorba |
| | Samuel Eckman |

**Proceedings:**   DEFENDANT'S MOTION TO STAY CASE PENDING APPEAL RE: DECISION ON MOTION TO COMPEL;  [DOC. NO. 58]

Matter called.  Counsel of record are present.  Court issues a tentative ruling, hears oral argument and takes the matter under submission.

**IT IS SO ORDERED.**