UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **CV 16-06191-VAP (Ex)** | Date 11/27/2017 |
| Title ***Allen L. Munro et al v. University of Southern California et al*** | |

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Michael A. Wolff | Christopher Chorba<br>Jennifer Tryck<br>Dhananjay S. Manthripragada |

**Proceedings:** SCHEDULING CONFERENCE

Court and counsel confer. The parties are instructed to contact the courtroom deputy clerk to Magistrate Judge Eick to schedule a discovery conference. The Scheduling Conference is not held.

The Court sets the following dates:

Discovery Cutoff re Class Certification – June 29, 2018

Last Day for Filing Motion for Class Certification – August 6, 2018
Opposition – October 1, 2018
Reply – November 15, 2018

Hearing on Motion for Class Certification – December 17, 2018 at 2:00 p.m.

cc: Magistrate Judge Eick