

FILED
CLERK, U.S. DISTRICT COURT

FEB 2, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_BH\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALLEN L. MUNRO, DANIEL C. WHEELER, EDWARD E. VAYNMAN, JANE A. SINGLETON, SARAH GLEASON, REBECCA A. SNYDER, DION DICKMAN, COREY CLARK, and STEVEN L. OLSON,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, USC RETIREMENT PLAN OVERSIGHT COMMITTEE, and LISA MAZZOCCO,<br><br>Defendants. | CASE NO. 2:16-cv-06191<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING CLASS CERTIFICATION EXPERT DESIGNATION DEADLINES** |

Plaintiffs Allen Munro, Daniel C. Wheeler, Edward E. Vaynman, Jane A. Singleton, Sarah Gleason, Rebecca A. Snyder, Dion Dickman, Corey Clark, and Steven L. Olson ("Plaintiffs") and Defendants University of Southern California, USC Retirement Plan Oversight Committee, and Lisa Mazzocco ("Defendants") have filed a stipulation to set a schedule for class certification expert designations.  This Court, having considered the stipulation, and finding good cause shown,

HEREBY ORDERS AS FOLLOWS:

1. Plaintiffs will disclose the names, curriculum vitae, and subject matter areas of experts to be used in support of their motion for class certification (if any) by March 5, 2018.

2. Defendants will disclose the names, curriculum vitae, and subject matter areas of experts to be used in support of their opposition to class certification (if any) by April 4, 2018.

3. If Defendants identify subject matter areas for expert testimony that are not covered by Plaintiffs' experts, and/or Plaintiffs do not designate any experts to be used in support of their motion for class certification, then by May 4, 2018, Plaintiffs will disclose the names, curriculum vitae, and subject matter areas of their rebuttal experts (if any).

4. The deadline to serve all expert reports supporting Plaintiffs' Motion for Class Certification is August 6, 2018.

5. The deadline to serve all expert reports supporting Defendants' Opposition to Plaintiffs' Motion for Class Certification is October 1, 2018.

6. The deadline for Plaintiffs to serve all rebuttal expert reports (if any) is November 15, 2018.

7. The June 29, 2018 class certification discovery cutoff will not apply to the exchange of expert reports under Rule 26(a)(2) or depositions of experts following the service of the expert reports. Each expert shall be made available for deposition, and such deposition shall be completed, within 21 days after service of the expert's report.

Dated: February 1, 2018

_____
The Hon. Virginia Phillips
United States District Judge

2