RICHARD J. DOREN, SBN 124666
  RDoren@gibsondunn.com
DEBRA WONG YANG, SBN 123289
  DWongYang@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
  CChorba@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
  HRichardson@gibsondunn.com
JENNAFER M. TRYCK, SBN 291088
  JTryck@gibsondunn.com
SAMUEL E. ECKMAN, SBN 308923
  SEckman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ALLEN L. MUNRO, *et al.*, | CASE NO. 2:16-cv-06191-VAP-E |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE OF DANA L. CRAIG** |
| v. | Trial Date: January 24, 2023 |
| UNIVERSITY OF SOUTHERN CALIFORNIA and USC RETIREMENT PLAN OVERSIGHT COMMITTEE, | Time: 9:00 A.M.<br>Place: Courtroom 8A<br>350 West 1st Street<br>Los Angeles, CA 90012 |
| Defendants. | Judge: Hon. Virginia A. Phillips |

Gibson, Dunn &
Crutcher LLP

NOTICE OF APPEARANCE OF DANA L. CRAIG
CASE NO. 2:16-CV-06191-VAP-E

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Dana Lynn Craig of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 251865) and a member of the Bar of this Court, hereby appears on behalf of Defendants UNIVERSITY OF SOUTHERN CALIFORNIA and USC RETIREMENT PLAN OVERSIGHT COMMITTEE in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf. Her address, telephone, facsimile, and email are as follows:

> DANA LYNN CRAIG
> DCraig@gibsondunn.com
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue
> Los Angeles, CA 90071-3197
> Telephone: 213.229.7000
> Facsimile: 213.229.7520

Dated: January 18, 2023                        GIBSON, DUNN & CRUTCHER LLP

By:      */s/ Dana L. Craig*
                Dana L. Craig

*Attorneys for Defendants*