RICHARD J. DOREN, SBN 124666
  RDoren@gibsondunn.com
DEBRA WONG YANG, SBN 123289
  DWongYang@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
  CChorba@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
  HRichardson@gibsondunn.com
JENNAFER M. TRYCK, SBN 291088
  JTryck@gibsondunn.com
SAMUEL E. ECKMAN, SBN 308923
  SEckman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ALLEN L. MUNRO, *et al.*, Plaintiffs, v. UNIVERSITY OF SOUTHERN CALIFORNIA and USC RETIREMENT PLAN OVERSIGHT COMMITTEE, Defendants. | CASE NO. 2:16-cv-06191-VAP-E **NOTICE OF APPEARANCE OF JESSICA M. PEARIGEN** Trial Date: January 24, 2023 Time:  9:00 A.M. Place:  Courtroom 8A  350 West 1st Street  Los Angeles, CA 90012 Judge:  Hon. Virginia A. Phillips |
|---|---|

Gibson, Dunn &
Crutcher LLP

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Jessica M. Pearigen of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 317286) and a member of the Bar of this Court, hereby appears on behalf of Defendants UNIVERSITY OF SOUTHERN CALIFORNIA and USC RETIREMENT PLAN OVERSIGHT COMMITTEE in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf.  Her address, telephone, facsimile, and email are as follows:

> JESSICA M. PEARIGEN
> JPearigen@gibsondunn.com
> Gibson, Dunn & Crutcher LLP
> 3161 Michelson Drive
> Irvine, CA 92612-4412
> Telephone: 949.451.3800
> Facsimile: 949.451.4220

Dated:  January 18, 2023                     GIBSON, DUNN & CRUTCHER LLP

                                             By:      */s/ Jessica M. Pearigen*
                                                        Jessica M. Pearigen

                                             *Attorneys for Defendants*

105925316.1