UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. CV 16-6191-VAP-Ex | Date **January 24, 2023** |

| |
|---|
| Title ALLEN L. MUNRO ET AL V. UNIVERSITY OF SOUTHERN CALIFORNIA ET AL |

Present: The Honorable  Virginia A. Phillips, U.S. Senior District Judge

| W. Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings:** ORDER VACATING STATUS CONFERENCE

    Based on counsel's request, the Court vacates the status conference set for January 25, 2023. Further, the Court orders counsel to file the motion for preliminary approval within 30 days.

CV-90    CIVIL MINUTES - GENERAL    Initials of Deputy Clerk WH