1  JEROME J. SCHLICHTER (SBN 054513)
   jschlichter@uselaws.com
2  MICHAEL A. WOLFF (admitted *pro hac vice*)
   mwolff@uselaws.com
3  JOEL D. ROHLF (admitted *pro hac vice*)
   jrohlf@uselaws.com
4  SCHLICHTER BOGARD, LLP
   100 South Fourth Street, Suite 1200
5  St. Louis, MO 63102
   Telephone: (314) 621-6115
6  Facsimile:  (314) 621-5934
   *Class Counsel for Plaintiffs*

7

8  Steven M. Goldsobel (SBN 166405)
   steve@sgoldsobel.com
   Law Offices of Steven Goldsobel, A Professional Corporation
9  1901 Avenue of the Stars, Suite 1750
   Los Angeles, CA 90067
10 Telephone: (310) 552-4848
   Facsimile: (310) 695-3860
11 *Local Counsel for All Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLEN MUNRO *et al.*, | Case No. 2:16-cv-06191-VAP-E |
| *Plaintiffs*, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS FOR CLASS REPRESENTATIVES** |
| v. | |
| UNIVERSITY OF SOUTHERN CALIFORNIA, *et al.*, | |
| *Defendants.* | DATE:   August 14, 2023
TIME:    2:00 p.m.
Courtroom 6A |
| | Hon. Virginia A. Phillips |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on August 14, 2023, at 2:00 p.m. in the United States Courthouse for the Central District of California, Courtroom 6A, or the Courtroom then assigned to the Hon. Virginia A. Phillips, located at 350 West 1st Street, Los Angeles, CA 90012, Plaintiffs will move, and hereby do move, for an award from the Gross Settlement Amount in this case to their attorneys Schlichter Bogard LLP of fees in the amount of $4,350,000 and reimbursement of expenses in the amount of $1,184,891 and for an award from the Gross Settlement Amount in this case to each Class Representative—Allen Munro, Daniel C. Wheeler, Jane A. Singleton, Sarah Wolgemuth, Rebecca A. Snyder, Dion Dickman, Corey Clark, and Steven L. Olson—of $25,000 for representing the Class in this action.

This motion is made following the conference of counsel in accordance with L.R. 7-3 which took place on June 21–22, 2023.

This motion is based on the Memorandum In Support Of Plaintiffs' Motion For Attorneys' Fees, Reimbursement Of Expenses, And Incentive Awards For Class Representatives, the Declaration of Jerome J. Schlichter, the Declaration of Michael A. Wolff, the Declaration of Allen Munro Ph.D., the Declaration of Daniel C. Wheeler, the Declaration of Jane A. Singleton, the Declaration of Sarah Wolgemuth, the Declaration of Rebecca A. Snyder, the Declaration of Dion Dickman Ph.D., the Declaration of Corey Clark, the Declaration of Steven L. Olson, and the record in this case, of which the Court may take judicial notice, as well as any further evidence and argument presented to the Court at the hearing of this motion.

| | | |
|---|---|---|
| 1 | DATED: June 30, 2023 | Respectfully submitted, |
| 2 | | By: /s/ Jerome J. Schlichter |
| 3 | | Jerome J. Schlichter (SBN 054513)<br>Michael A. Wolff (admitted *pro hac vice*) |
| 4 | | Joel D. Rohlf (admitted *pro hac vice*)<br>SCHLICHTER BOGARD, LLP |
| 5 | | *Class Counsel for All Plaintiffs* |