JEROME J. SCHLICHTER (SBN 054513)
jschlichter@uselaws.com
MICHAEL A. WOLFF (admitted *pro hac vice*)
mwolff@uselaws.com
JOEL D. ROHLF (admitted *pro hac vice*)
jrohlf@uselaws.com
SCHLICHTER BOGARD LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile:  (314) 621-5934
*Class Counsel for Plaintiffs*

Steven M. Goldsobel (SBN 166405)
steve@sgoldsobel.com
Law Offices of Steven Goldsobel, A Professional Corporation
1901 Avenue of the Stars, Suite 1750
Los Angeles, CA 90067
Telephone: (310) 552-4848
Facsimile: (310) 695-3860
*Local Counsel for All Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN MUNRO, *et al.*,<br><br>             Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, *et al.*,<br><br>             *Defendants.* | Case No. 2:16-cv-06191-VAP-E<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>DATE:    August 14, 2023<br>TIME:    2:00 pm<br>COURTROOM:  6A<br><br>Hon. Virginia A. Phillips |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE THAT on August 14, 2023, at 2:00 p.m. in Courtroom 6A, 350 W. 1st Street, Los Angeles, California 90012, Plaintiffs will move, and hereby do move, under Federal Rule of Civil Procedure 23(e) for final approval of the Settlement Agreement (Doc. No. 362-1) and for the Court to enter the proposed Final Order and Judgment submitted herewith.

This motion is supported by the Order Granting Defendants' Motion For Preliminary Approval Of Class Action Settlement (Doc. No. 366), the Joint Motion For Preliminary Approval Of Class Settlement (Doc. 362), Plaintiffs' memorandum in support of that Joint Motion (Doc. No. 363), Defendants' memorandum in support of that Joint Motion (Doc. No. 364), Plaintiffs' Motion For Attorneys' Fees, Reimbursement Of Expenses, And Incentive Awards For Class Representatives and supporting documents (Doc. No. 368), Plaintiffs' Response To Objector (Doc. No. 378), Plaintiffs' Reply In Support of Motion For Incentive Awards For Class Representatives (Doc. No. 379), Plaintiffs' Memorandum In Support of Motion For Final Approval Of Class Action Settlement filed herewith, and the Court record.

On July 27, 2023, Plaintiffs filed an Ex Parte Application to shorten the time for filing this Motion (Doc. No. 377), which the Defendants do not oppose.

Dated: July 31, 2023           Respectfully submitted,

                         By: /s/ Michael A. Wolff (*Pro Hac Vice*)
                         SCHLICHTER BOGARD LLP
                         *Class Counsel for Plaintiffs*